ROB BONTA, State Bar No. 202668
Attorney General of California
JOANNA B. HOOD, State Bar No. 264078
Supervising Deputy Attorney General
NECULAI GRECEA, State Bar No. 307570
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6443
 Fax:  (916) 761-3641
 E-mail:  Neculai.Grecea@doj.ca.gov
*Attorneys for Defendants*
*R. Recarey, L. Bird, and K. Allison*

BENJAMIN M. RUDIN, State Bar No. 292341
 3830 Valley Centre Dr., Ste. 705, PMB 231
 Tel: (858) 256-4429
 E-mail: ben@benrudin.law
*Attorney for Plaintiff*
*Kevin Hagan*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN,<br><br>                                    Plaintiff,<br><br>          v.<br><br>RAUL RECAREY, et al.,<br><br>                                    Defendants. | 1:22-cv-00562-AWI-EPG (PC)<br><br>ORDER RE: JOINT STIPULATION RE: THIRD AMENDED COMPLAINT AND CASE DEADLINES<br><br>(ECF No. 24). |

WHEREAS, on May 9, 2022, Plaintiff, initiated this lawsuit by filing a Complaint alleging Eighth Amendment violations against Defendants R. Recarey, L. Bird, and K. Allison ("Defendants") (ECF No. 1);

WHEREAS, on May 11, 2022, the Court ordered the parties to attend a formal Scheduling Conference on September 13, 2022 (ECF No. 4);

WHEREAS, on May 16, 2022, Defendants filed their notice of intent to waive service (ECF No. 11);

WHEREAS, on June 13, 2022, the Court issued an Order re: Early Settlement Conference, requiring that the parties meet-and-confer about settlement and Defendants opt out of an early settlement conference, if necessary, by July 29, 2022;

WHEREAS, on July 14, 2022, the Court granted the parties' stipulation to modify deadlines to enable Plaintiff to file his First Amended Complaint (ECF No. 15);

WHEREAS, on September 20, 2022, Plaintiff filed his First Amended Complaint (ECF No. 18);

WHEREAS, on September 26, 2022, Defendants requested that the Court screen the First Amended Complaint (ECF No. 20);

WHEREAS, on January 6, 2023, the Court screened the First Amended Complaint, dismissed Defendants, and provided Plaintiff the opportunity to file a Second Amended Complaint (ECF No. 21);

WHEREAS, on February 2, 2023, Plaintiff filed his Second Amended Complaint and a request for injunctive relief against Defendants H. Longia, J. Mevi, M. Son, and S. Gates (ECF No. 22)[1];

WHEREAS, the parties have conferred and Plaintiff wishes to file a Third Amended Complaint, removing Defendant S. Gates and adding Defendant C. Eskander, and renewing his request for injunctive relief[2];

WHEREAS, the Court would have to screen the Third Amended Complaint, issue summons, find service appropriate, and direct e-service on the new defendants after the Third Amended Complaint is filed[3];

NOW, THEREFORE, the parties stipulate and agree to the following schedule to allow Plaintiff sufficient time to prepare and file a Third Amended Complaint and Defendants sufficient time to answer the same, including any renewed opposition to a request for injunctive relief:

1.    Plaintiff shall file his Third Amended Complaint on or before May 23, 2023;

2.    Defendants shall request screening of the Third Amended Complaint within fourteen (14) days of its filing, and Defendants shall answer the Third Amended Complaint sixty (60) days after the new defendants' notice of intent to waive service;

---

[1] The Attorney General's Office, specially appearing on behalf of S. Gates, opposed the request for injunctive relief.  (*See* ECF No. 23.)  The Second Amended Complaint is currently pending screening, but its screening will be mooted by the filing of a Third Amended Complaint.

[2] Defendants reserve the right to oppose Plaintiff's request for injunctive relief.

[3] As they have before, Defendants will request that the Court screen the Third Amended Complaint pursuant to the Prison Litigation Reform Act.  28 U.S.C. § 1915A(a).

3.     The Scheduling Conference is continued to a date to be determined by the Court at a later time and by separate order;

4.     The Parties' deadline to meet-and-confer regarding settlement and Defendants' deadline to opt out of an early settlement conference are continued to dates to be determined by the Court at a later time and by separate order.

Dated:  February 24, 2023                              Respectfully submitted,

                                                       ROB BONTA
                                                       Attorney General of California
                                                       JOANNA B. HOOD
                                                       Supervising Deputy Attorney General


                                                       */s/ Neculai Grecea*
                                                       NECULAI GRECEA
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants*
                                                       *R. Recarey, L. Bird, and K. Allison*


                                                       */s/ Benjamin Rudin*
                                                       BENJAMIN RUDIN
                                                       *Attorney for Plaintiff*
                                                       *Kevin Hagan*

**ORDER**

Based on the parties' stipulation (ECF No. 24), IT IS ORDERED that:

1. Plaintiff shall file his Third Amended Complaint on or by May 23, 2023;

2. Defendants shall request screening of the Third Amended Complaint within fourteen days of its filing and the Court will screen the Third Amended Complaint;

3. Defendants shall answer the Third Amended Complaint within sixty days after the new defendants are served and file their notice of intent to waive service;

4. The Court will issue a new Order Setting Mandatory Scheduling Conference; and

5. The Court will issue a new Order Regarding Early Settlement Conference pursuant to the Parties' Stipulation.

6. Further, upon screening the Third Amended Complaint, the Court will, if necessary, set a briefing schedule and a hearing for Plaintiff's request for injunctive relief.

IT IS SO ORDERED.

Dated:   **February 28, 2023**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE