1    ROB BONTA, State Bar No. 202668                BENJAMIN M. RUDIN, State Bar No. 292341
     Attorney General of California                  3830 Valley Centre Dr., Ste. 705, PMB 231
2    JOANNA B. HOOD, State Bar No. 264078             Tel: (858) 256-4429
     Supervising Deputy Attorney General             E-mail: ben@benrudin.law
3    NECULAI GRECEA, State Bar No. 307570            *Attorney for Plaintiff*
     Deputy Attorney General                        *Kevin Hagan*
4     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013-1230
5     Telephone:  (213) 269-6443
      Fax:  (916) 761-3641
6     E-mail:  Neculai.Grecea@doj.ca.gov
     *Attorneys for Defendants*
7    *R. Recarey, L. Bird, and K. Allison*

8

                    IN THE UNITED STATES DISTRICT COURT
9

                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

                              FRESNO DIVISION
11

12

13   KEVIN HAGAN,                                    1:22-cv-00562-AWI-EPG

14                              Plaintiff,           ORDER RE: JOINT STIPULATION AS TO
                                                     THIRD AMENDED COMPLAINT AND
15          v.                                       CASE DEADLINES

16                                                   Judge:       The Honorable Erica P.
     RAUL RECAREY, et al.,                                        Grosjean
17                                                   Action Filed:  May 9, 2022
                                Defendants.
18

19
            WHEREAS, on May 9, 2022, Plaintiff, initiated this lawsuit by filing a Complaint alleging
20
     Eighth Amendment violations against Defendants R. Recarey, L. Bird, and K. Allison
21
     ("Defendants") (ECF No. 1);
22
            WHEREAS, on May 11, 2022, the Court ordered the parties to attend a formal Scheduling
23
     Conference on September 13, 2022 (ECF No. 4);
24
            WHEREAS, on May 16, 2022, Defendants filed their notice of intent to waive service (ECF
25
     No. 11);
26

27

28

                                                    1

1   WHEREAS, on June 13, 2022, the Court issued an Order re: Early Settlement Conference,

2   requiring that the parties meet-and-confer about settlement and Defendants opt out of an early

3   settlement conference, if necessary, by July 29, 2022;

4   WHEREAS, on July 14, 2022, the Court granted the parties' stipulation to modify deadlines

5   to enable Plaintiff to file his First Amended Complaint (ECF No. 15);

6   WHEREAS, on September 20, 2022, Plaintiff filed his First Amended Complaint (ECF No.

7   18);

8   WHEREAS, on September 26, 2022, Defendants requested that the Court screen the First

9   Amended Complaint (ECF No. 20);

10  WHEREAS, on January 6, 2023, the Court screened the First Amended Complaint,

11  dismissed Defendants, and provided Plaintiff the opportunity to file a Second Amended

12  Complaint (ECF No. 21);

13  WHEREAS, on February 2, 2023, Plaintiff filed his Second Amended Complaint and a

14  request for injunctive relief against Defendants H. Longia, J. Mevi, M. Son, and S. Gates (ECF

15  No. 22)[1];

16  WHEREAS, the parties have conferred and Plaintiff wishes to file a Third Amended

17  Complaint, removing Defendant S. Gates and adding Defendant C. Eskander;

18  WHEREAS, the Court would have to screen the Third Amended Complaint, issue

19  summons, find service appropriate, and direct e-service on the new defendants after the Third

20  Amended Complaint is filed[2];

21  WHEREAS, on February 28, 2023, the Court gave Plaintiff until May 23, 2023 to file the

22  Third Amended Complaint (ECF No. 25);

23  WHEREAS, Plaintiff's Counsel is still waiting on a correspondence from Plaintiff that he

24  needs to be able to file the Third Amended Complaint (Decl. of Benjamin Rudin ¶ 3);

25

26  [1] The Attorney General's Office, specially appearing on behalf of S. Gates, opposed the
request for injunctive relief.  (*See* ECF No. 23.)  The Second Amended Complaint is currently
27  pending screening, but its screening will be mooted by the filing of a Third Amended Complaint.
[2] As they have before, Defendants will request that the Court screen the Third Amended
28  Complaint pursuant to the Prison Litigation Reform Act.  28 U.S.C. § 1915A(a).

1    WHEREAS, Defendant C. Eskander is no longer Plaintiff's doctor. Plaintiff still wishes to

2  add him along with his current doctor.

3    NOW, THEREFORE, the parties stipulate and agree to a two-week extension of the current

4  schedule to allow Plaintiff's Counsel to receive the correspondence and file the Third Amended

5  Complaint:

6    1.    Plaintiff shall file his Third Amended Complaint on or before June 6, 2023;

7    2.    Defendants shall request screening of the Third Amended Complaint within fourteen

8  (14) days of its filing, and Defendants shall answer the Third Amended Complaint sixty (60) days

9  after the new defendants' notice of intent to waive service;

10    3.    The Scheduling Conference is continued to a date to be determined by the Court at a

11  later time and by separate order;

12    4.    The Parties' deadline to meet-and-confer regarding settlement and Defendants'

13  deadline to opt out of an early settlement conference are continued to dates to be determined by

14  the Court at a later time and by separate order.

15

16  Dated:  May 23, 2023                              Respectfully submitted,

17                                                    ROB BONTA
                                                      Attorney General of California
18                                                    JOANNA B. HOOD
                                                      Supervising Deputy Attorney General
19

20

21  **_/s/ Neculai Grecea_**
    NECULAI GRECEA
22  Deputy Attorney General
    *Attorneys for Defendants*
23  *R. Recarey, L. Bird, and K. Allison*

24  **_/s/ Benjamin Rudin_**
    BENJAMIN RUDIN
25  *Attorney for Plaintiff*
    *Kevin Hagan*

26

27

28

**ORDER**

Based on the parties' stipulation (ECF No. 27), IT IS ORDERED that:

1.     Plaintiff shall file his Third Amended Complaint on or by June 6, 2023;

2.     Defendants shall request screening of the Third Amended Complaint within fourteen days of its filing and the Court will screen the Third Amended Complaint;

3.     Defendants shall answer the Third Amended Complaint within sixty days after the new defendants are served and file their notice of intent to waive service;

4.     The Court will issue a new Order Setting Mandatory Scheduling Conference; and

5.     The Court will issue a new Order Regarding Early Settlement Conference.

IT IS SO ORDERED.

Dated:   **May 25, 2023**                          /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

4