IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL RECAREY, et al.,<br><br>　　　　　　　Defendants. | 1:22-cv-00562-JLT-EPG (PC)<br><br>**ORDER GRANTING FOURTEEN-DAY EXTENSION FOR DEFENDANT SON TO SERVE HIS RESPONSES TO INTERROGATORIES**<br><br>(ECF No. 81) |

　　Good cause appearing, Defendants' Motion for a fourteen-day extension of time to serve Defendant Son's responses to Plaintiff's first set of interrogatories (ECF No. 81) is GRANTED. Defendant Son shall serve his interrogatory responses no later than May 26, 2025. No other deadlines are affected by this order.

IT IS SO ORDERED.

　　Dated: __**May 13, 2025**__　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1