UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN,<br><br>       Plaintiff,<br><br>v.<br><br>RAUL RECAREY, et al.,<br><br>       Defendants. | Case No. 1:22-cv-00562-JLT-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE KEVIN HAGAN (INMATE #AM6145) FOR MOTION HEARING<br><br>DATE: September 2, 2025<br>TIME: 1:30 p.m. |

      **Kevin Hagan, ID #AM6145,** a necessary and material party in proceedings in a motion hearing in this case on September 2, 2025, is confined at California State Prison, Richard J. Donovan Correctional Facility (RJD), 480 Alta Road, San Diego, CA 92179, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement on September 2, 2025, at 1:30 p.m.**

      ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a pretrial conference at the time and place above, until completion of the pretrial conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting the Court's Courtroom Deputy, Felicia Narvarro (fnavarro@caed.uscourts.gov).

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden and Litigation Coordinator at California State Prison, Richard J. Donovan Correctional Facility (RJD) at (619) 671-7566 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Richard J. Donovan Correctional Facility (RJD), 480 Alta Road, San Diego, CA 92179**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by Zoom video conference, until completion of the evidentiary hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **August 4, 2025**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE