UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RECAREY, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-00562-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. 106) |

　　　　Kevin Hagan is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On April 14, 2025, Plaintiff filed a motion for injunctive relief and on April 18, 2025, and a supplement to that motion on April 18. 2025. (Docs. 76, 78.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 21, 2025, the assigned magistrate judge issued Findings and Recommendations to deny Plaintiff's motion for injunctive relief.  (Doc. 106.) The Court served the Findings and Recommendations on Plaintiff and informed him that objections were due in 30 days. (*Id*. at 8.) No objections were filed and the time to do so has passed.

　　　　According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including the objections, the Court concludes the findings and recommendations are supported by the record and proper

analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 21, 2025, are **ADOPTED IN FULL**.  (Doc. 106.)
2. Plaintiff's motion for injunctive relief (Docs. 76, 78.) be **DENIED.**

IT IS SO ORDERED.

Dated:  **December 31, 2025**

UNITED STATES DISTRICT JUDGE

2