UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN,<br><br>      Plaintiff,<br><br>  v.<br><br>RECAREY, et al.,<br><br>      Defendants. | Case No. 1:22-cv-00562-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSFER DUE TO RETALIATION, MOTION FOR HELP, MOTION FOR HELP, AND MOTION FOR RETALIATION CELL EXTRACTION<br><br>(Docs. 114, 115, 117, 118) |

Kevin Hagan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2026, Plaintiff filed a motion for transfer due to retaliation. (Doc. 114.) Plaintiff filed a motion for help on January 23, 2026 (Doc. 115) and a second motion for help on February 2, 2026 (Doc. 117). On February 2, 2026, Plaintiff also filed a motion for retaliation cell extraction. (Doc. 118.) On February 6, 2026, the assigned magistrate judge recommended that the motions be denied because, among other things, Plaintiff's requests for injunctive relief were unrelated to the claims in his third amended complaint. (Doc. 119 at 5-6.) The Court served the findings and recommendations Plaintiff, informed him that objections were due in 30 days, and warned him that failure to timely file objections may result in the

waiver of rights on appeal. (Doc. 119 at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839-39 (9th Cir. 2014).) The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued February 6, 2026 (Doc. 119), are **ADOPTED IN FULL**.

2. Plaintiff's motion for transfer due to retaliation (Doc. 114) is **DENIED**.

3. Plaintiff's motions for help (Docs. 115, 117) are **DENIED**.

4. Plaintiff's motion for retaliation cell extraction (Doc. 118) is **DENIED**.

IT IS SO ORDERED.

Dated:    **March 27, 2026**

UNITED STATES DISTRICT JUDGE